JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEGHAM MARGARYAN, as an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-05234-JFW(PLAx)<br><br>**CLASS ACTION**<br><br>The Honorable John F. Walter<br><br>~~XXXXXXXXXX~~<br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR TRANSFER TO THE NORTHERN DISTRICT PURSUANT TO 28 U.S.C. § 1404(A)** |

The parties Stipulated Request for Transfer to the Northern District Pursuant to 28 U.S.C. § 1404(a) came on regularly for hearing before this Court..

After full consideration of the briefs and arguments presented, any oral arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED THAT:

The instant suit be transferred to the Northern District of California, San Jose Division, for the convenience of the parties and witnesses, and in the interests of justice, pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

DATED   <u>August 3</u>, 2017.

<u>United States District Judge</u>